# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 7, 2020

Lyle W. Cayce
Clerk

No. 19-50414
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

FELIPE CARMONA RODRIGUEZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:18-CV-58
USDC No. 2:14-CR-345-1

Before CLEMENT, ELROD, and HAYNES, *Circuit Judges*.

PER CURIAM:*

Felipe Carmona Rodriguez, federal prisoner # 34144-380, moves this court to proceed in forma pauperis (IFP) on appeal from the denial of motions that he filed in his 28 U.S.C. § 2255 proceedings for IFP authorization in the

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 19-50414

district court and, relatedly, for the provision of free copies of transcripts and other documents from the underlying criminal proceedings.  By moving to proceed IFP, Rodriguez challenges the district court's certification that his appeal is not taken in good faith.  *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).  As we do not have jurisdiction to review the interlocutory order denying Rodriguez's motions to proceed IFP in the district court and for the provision of free copies of trial court documents, *see Thompson v. Drewry*, 138 F.3d 984, 985-86 (5th Cir. 1998); *Askanase v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993), his appeal is DISMISSED FOR LACK OF JURISDICTION.  His motion to proceed IFP on appeal is DENIED.